THE PEOPLE OF THE STATE OF NEW YORK *ex rel*. THE BOARD OF SUPERVISORS *v.* JOHN S. FOWLER and others, *State Assessors.*—Amended return ordered as stated in opinion; order to be settled by LEARNED, P. J. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* JOHN PETREA, *Appellant.*—Judgment and conviction affirmed. Opinion by BOOKES, J., and LEARNED, P. J., and by WESTBROOK, J., dissenting.

MARIAM CAMPBELL, *Respondent, v.* DENNIS H. HUBBARD and PEARL LEWIS, *as Administrators, etc., Appellants.*— Judgment reversed; new trial granted; referee discharged, costs to abide event. Opinion by LEARNED, P. J.

THE TOWN OF THOMPSON, *Respondent, v.* WILLIAM NORRIS, *Appellant.*— Order affirmed, with ten dollars costs and printing disbursements on opinion of Special Term. LEARNED, P. J., not acting.

JOHN ACKLEY, *as Executor, etc., Appellant, v.* FRANKLIN J. PARMENTER, *Respondent.*— Reargument ordered. BOOKES, J., not acting.

HARRIET M. WEST and FRANK D. WEST, *as Administrators, etc., Respondents, v.* JOHN H. KIERSTED and ALEXANDER KIERSTED, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

HERMAN VEEDER, *Respondent, v.* WILLIAM MUDGETT, *Appellant.*—Judgment affirmed, with costs, on opinion of referee.